Laurie B. Mapes
lauriemapes2002@yahoo.com
PO Box 1241
Scappoose, OR 97056
(503) 543-2900

Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **STEPHANIE R.,** | Civil No. 6:20-cv-01945-SI |
| Plaintiff, | |
| vs. | **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| Commissioner of Social Security Administration, | |
| Defendant. | |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $13,386.00, less Equal Access to Justice ("EAJA") fees already received by Plaintiff's attorneys in the amounts of $10,577.25, for a

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -         1

net cost to Plaintiff herein of $2,808.75, as settlement of attorney fees pursuant to 42 U.S.C. §406(b).  Any past-due benefits up to $2,808.75 withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), less an administrative assessment pursuant to 42 U.S.C. §406(d), shall be payable to Plaintiff's counsel Luke Moen-Johnson consistent with this order.

  IT IS SO ORDERED this day of June 11, 2024

              /s/ Michael H. Simon
              U.S. District Judge


PRESENTED BY:

By: /s/ LUKE MOEN-JOHNSON
   Luke Moen-Johnson, OSB #185632
   Of Attorneys for Plaintiff

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -  2